## Swartz v. Historical Publishing Company, Appellant (No. 2).

PER CURIAM, December 8, 1913:

While there are some slight differences between the affidavit of defense in this case and the one under consideration in the immediately preceding case, they are not such as to distinguish the cases so far as the controlling principle is concerned.

The judgment is affirmed.